**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
TED A. GEHRING (SBN 218715)
tgehring@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
OATH HOLDINGS INC.,
erroneously named as "YAHOO, INC."

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSTEN ROSENOW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., YAHOO, INC.;<br><br>　　　　Defendants. | Case No. 3:19-CV-01297-WQH-MDD<br><br>*Assigned to Judge William Q. Hayes*<br>*Referred to Magistrate Judge Mitchell D. Dembin*<br><br>**DEFENDANT OATH HOLDINGS INC.'S NOTICE OF MOTION AND FED. R. 12(b)(6) MOTION TO DISMISS COMPLAINT**<br><br>*[Memorandum of Points and Authorities, Request for Judicial Notice, and Proof of Service filed concurrently herewith]*<br><br>Hearing Date:　　_December 23, 2019<br><br>NO ORAL ARGUMENT UNLESS SCHEDULED BY THE COURT<br><br>Complaint Filed:　July 12, 2019 |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 23, 2019, or as soon thereafter as counsel may be heard in the above entitled court, located at 333 West Broadway, San Diego, CA 92101, before the Honorable William Q. Hayes, Defendant Oath Holdings Inc. (erroneously sued as "Yahoo, Inc.")[1] ("Yahoo"), will move, and hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiff Carsten Rosenow's ("Plaintiff") Complaint ("Complaint") and each of the four causes of action therein for failure to state a claim on which relief can be granted.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice filed herewith, and the pleadings and papers filed herein.

Respectfully submitted,

DATED: November 15, 2019

DOLL AMIR & ELEY LLP

By: */s/ Gregory L. Doll*
GREGORY L. DOLL
TED A. GEHRING
Attorneys for Defendant,
OATH HOLDINGS INC.,
erroneously named as "YAHOO, INC."

---

[1] Effective June 13, 2017, Defendant Yahoo! Inc. transferred to Yahoo Holdings, Inc. all liabilities relevant to Plaintiff's claims. Yahoo Holdings Inc. thereafter changed its name to Oath Holdings Inc. Defendant Yahoo! Inc. no longer owns any interest in the past, present, or future liabilities relevant to this lawsuit.