**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
JAMIE O. KENDALL (SBN 260231)
jkendall@dollamir.com
TED A. GEHRING (SBN 218715)
tgehring@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:   213.542.3380
Fax:  213.542.3381

Attorneys for Defendant,
OATH HOLDINGS INC.,
erroneously named as "YAHOO, INC."

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSTEN ROSENOW,<br><br>   Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., YAHOO, INC.<br><br>   Defendants. | Case No. 3:19-CV-01297-WQH-MDD<br><br>*Assigned to Judge William Q. Hayes; Referred to Magistrate Judge Mitchell D. Dembin*<br><br>**DEFENDANTS' FIFTH STATUS REPORT RE: CARSTEN ROSENOW'S CRIMINAL APPEAL**<br><br>Complaint Filed:   July 12, 2019<br>FAC Filed: Oct. 21, 2020 |

DOLL AMIR & ELEY LLP

## DEFENDANTS' FIFTH STATUS REPORT

On April 8, 2021, the Court stayed the above-captioned action until the conclusion of Plaintiff Carsten Rosenow's ("Rosenow") criminal appeal to the Court of Appeals for the Ninth Circuit and ordered the parties to file regular reports on the status of the appellate proceedings.  (ECF No. 52.)  Pursuant to the Court's Order, Defendants Oath Holdings Inc. (erroneously sued as "Yahoo, Inc.") and Facebook, Inc., hereby provide the following status report: On April 27, 2022, the Ninth Circuit issued an opinion in the criminal appeal, which affirmed Plaintiff's conviction.  (*See* ECF No. 60, Defendants' Notice to Court re Ninth Circuit Opinion.)  Defendants understand that Rosenow has filed a request for a rehearing *en banc* with the Ninth Circuit, and that the Ninth Circuit has granted the United States an extension of time to August 1, 2022 to file a response to the request.

Respectfully submitted,

DATED: July 1, 2022

DOLL AMIR & ELEY LLP

By: */s/ Jamie O. Kendall*
    GREGORY L. DOLL
    JAMIE O. KENDALL
    TED A. GEHRING

Attorneys for Defendant,
OATH HOLDINGS INC.,
erroneously named as "YAHOO, INC."

DATED:  July 1, 2022

MORRISON & FOERSTER LLP

By: */s/ Christin J. Hill*
    CHRISTIN J. HILL

Attorneys for Defendant,
FACEBOOK, INC.

I, Jamie O. Kendall, am the ECF user whose identification and password are being used to file this Status Report. I hereby attest that Christin Hill has concurred in this filing.

*/s/ Jamie O. Kendall*

1

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **725 S. Figueroa Street, Suite 3275, Los Angeles, California 90017**.

On July 1, 2022, I served the foregoing document described as **DEFENDANTS' FIFTH STATUS REPORT RE: CARSTEN ROSENOW'S CRIMINAL APPEAL** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope with the United States Postal Service with postage fully prepaid.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2022, at Los Angeles, California.

_____
Courtney McCabe

**SERVICE LIST**

| | |
|---|---|
| <u>VIA MAIL</u><br>Carsten Rosenow<br>Reg. No. 62380-298<br>FCI La Tuna<br>Federal Correctional Institution<br>P.O. Box 3000<br>Anthony, NM 88021 | T: 650.868.3011<br>E: crosenow@rocketmail.com<br><br>*Plaintiff, Pro Se* |
| <u>VIA CM/ECF</u><br>Joshua Hill Jr., Esq.<br>Christin J. Hill, Esq.<br>R. Benjamin Nelson, Esq.<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2483 | T: (415) 268-7000<br>F: (415) 268-7522<br>E: JHill@mofo.com<br>E: CHill@mofo.com<br>E: RBNelson@mofo.com<br><br>*Attorneys for Defendant, Facebook, Inc.* |

DOLL AMIR & ELEY LLP